UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 90CR0149-GPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | OF THE INDICTMENT AND |
| JOANN MCKENZIE, | ) | RECALL ARREST WARRANT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED:  January 31, 2013

HON. GONZALO P. CURIEL
United States District Judge